CAUSE NO. 05-06-00046 CRK-A   4-8-15
81,033-01,02

Dear Clerk,

Now comes Stephanie Gonzales # TDCJ- 1458764 Applicant PRO-SE AND WOULD LIKE TO REQUEST THAT THE FOLLOWING MOTIONS, MOTION FOR HABEAS Corpus Ad Testificandum, MOTION TO ENFORCE Discovery, & MOTION FOR EVIDENTIARY HEARING, BE PRESENTED TO THE COURT OF CRIMINAL APPEALS OF TEXAS FOR THEIR DECISION. Please FILE THESE MOTIONS FOR THE RECORD. ALSO A LETTER FOR THE JUDGE OF SAID COURT.

However, YOU CAN CONTACT ME AT THE ADDRESS BELOW & CAN YOU PLEASE NOTIFY ME OF THE CURTS DECISION.

MOTION DISMISSED
DATE: 4-14-15
BY:
BY: P.C

Respectfully Submitted,
Stephanie Gonzales
# 1458764 T.D.C.J.
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville TX 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

To The Honorable Judge;
Of The Court of Criminal
Appeals of Texas,

Now comes Stephanie Gonzales TDCJ# 1458764 at the Lane Murray Unit in Gatesville Tx 76596. And would like to inform you that on March 23, 2015 I received a notice from the 81st District Clerk of Karnes County Tx that the Honorable Judge Rayes reviewed these motions in question and advised that she would revisit such motions if instructed to do so by this court which currently retains jurisdiction in this matter. However, I would also like to inform you that this court of criminal appeals had already made its ruling BEFORE the trial court received these motions and facts. Applicant respectfully request that this court will grant her these motions in this appeal. and contact her at the address below. Thank You!

Respectfully Submitted
Stephanie Gonzales
# 1458764
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, Tx 76596

Executed on this
8th Day of April
2015.

STATE OF TEXAS                    §    IN THE
        VS.                       §    COURT OF
                                  §    CRIMINAL APPEALS
STEPHANIE GONZALES                §    OF TEXAS
APPLICANT PRO-SE.                 §

CAUSE NO: 00-08-00096-CRK
         05-06-00046-CRK

## MOTION FOR EVIDENTIARY HEARING

NOW COMES, STEPHANIE GONZALES, APPLICANT PRO-SE, AND RESPECTFULLY MOVES THIS COURT IN THE ABOVE STYLE NUMBERS AND MOTIONS THIS COURT FOR GOOD CAUSE AND WOULD LIKE TO PRESENT PRIMA FACIE EVIDENCE OF THE FOLLOWING STATED HEREIN:

A.) APPLICANT WOULD SHOW THE COURT THE MOTIONS INCLUDING "MOTION FOR DISCOVERY", MOTION FOR ARREST/CONVICTION RECORDS MADE AND FILED BY MAURO VALDEZ ARE DEFECTIVE AND WERE NOT ANSWERED BY THE TRIAL COURT PRIOR TO TRIAL OR ANYTIME AFTER.

B.) APPLICANT WOULD REBUT MR. TRENT ROWELL SWORN STATEMENT MADE BY HIS AFFADAVIT AND WOULD PRESENT EVIDENCE THAT MR. McGINNIS IS NOT DECEASED.

C.) APPLICANT WOULD SHOW THIS COURT MR. ROWELL DID NOT INVESTIGATE THE CASE OR THE COMPANION CASE PRIOR TO TRIAL.

D.) APPLICANT WOULD SHOW THE COURT THAT THE STATE DEPRIVED APPLICANT MATERIAL EVIDENCE IN THIS CASE, AND FROM CROSS-EXAMINING THE "UNKNOWN INFORMANT" THAT THE STATE ONLY

(1)

RELIED ON TO OBTAIN A CONVICTION AND FROM DISCLOSING THE UNKNOWN INFORMANTS IDENTITY, ADDRESS, AND ROLE PLAYING AND PRESENCE AT THE SCENE.

E.) APPLICANT WOULD SHOW THE COURT THAT MR. ROWELL MAY HAVE REPRESENTED ONE OF THE STATES WITNESSES IN THIS CASE WHOM THE STATE DID NOT RELY ON TO CALL AS A WITNESS.

F.) APPLICANT WOULD SHOW THE COURT ONE OF THE JURORS IN APPLICANTS TRIAL IS RELATED TO APPLICANTS PROBATION OFFICER WHO HAD CONFLICTS OF ITREST AND WAS SEEKING TO REVOKE APPLICANT WHICH IS NOW BEEN NEWLY DISCOVERED.

G.) APPLICANT WOULD LIKE TO PRESENT EVIDENCE AND SUB PONEA EYE WITNESSES TO THESE FACTS INCLUDING ONE OF APPLICANTS FORMER COUNSEL IN THE CASE.

H.) APPLICANT WOULD LIKE TO SHOW THIS COURT MATERIAL EVIDENCE THAT THE INVESTIGATING OFFICER IN THE COMPANION CASE FALSIFIED & FORGED (A) VOLUNTARY STATEMENT THAT WAS ALLEGEDLY IN THE NAME OF A WITNESS IN THE CASE. WHO WAS NOT & TO ACHIEVE AN INDICTMENT & CONVICTION.

I.) APPLICANT WOULD SHOW THIS COURT THAT MR. ROWELL ADVISED APPLICANT NOT TO PAY THE FEES PRIOR TO TRIAL. Prayer: APPLICANT PRAYS THAT THIS COURT WILL GRANT THIS REQUEST FOR AN EVIDENTIARY HEARING TO PRESENT FACTUAL EVIDENCE AND IF GRANTED TO PLEASE APPOINT COUNSEL FOR APPLICANT DUE TO APPLICANT INDENTGENCY. A COPY WILL

(2)

BE SUBMITTED TO THE COURT OF CRIMINAL APPEALS OF TEXAS IN THIS APPEAL.

EXECUTED ON THIS
11th DAY OF FEB 2015.

Respectfully Submitted
Stephanie Gonzales
#1458764
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville TX 76596

(3)
end.